934 A.2d 1151

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Larry RUSH, Petitioner.**

**No. 119 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 12, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of October, 2007, the Application for Extraordinary Relief is denied.